In the Matter of the Estate of CHARLES S. BAKER, Deceased. NEW YORK CENTRAL RAILROAD COMPANY et al., Appellants; SETH BAKER, Respondent.

Argued May 27, 1940; decided October 8, 1940.

*George E. Phillies* for motion.

*Mark N. Turner, John E. Leach* and *William R. Van Campen* opposed.

Motion granted and appeals dismissed, with costs and ten dollars costs of motion, without prejudice to the right of the appellants to move in the Appellate Division for a resettlement of its order to state the nature of the further proceedings to be taken in the Surrogate's Court.